# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:06-cv-75 |
| -vs- ) | |
| ) | **ORDER** |
| 5,250 SQUARE FEET OF LAND IN ) | |
| CITY OF PORTAL, BURKE COUNTY, ) | |
| NORTH DAKOTA; NORMAN G. ) | |
| JENSEN, INC., et al., and UNKNOWN ) | |
| OWNERS, ) | |
| Defendants. ) | |

Upon motion of the United States for an Order dismissing the North Dakota State Tax Commissioner; Ammex Tax & Duty Free Shops West, Inc.; and M & I Marshall & Ilsley Bank, as potential party defendants in the above-captioned case, and for good cause shown,

**IT IS ORDERED** that the North Dakota State Tax Commissioner; Ammex Tax & Duty Free Shops West, Inc.; and M & I Marshall & Ilsley Bank, are dismissed as potential party defendants in this action.

Dated this 7th day of May, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court